IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NORMA FLORES,

      Appellant,

v.

VANLEX CLOTHING CORP.,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5

_____/

Opinion filed October 7, 2016.

An appeal from an order of the Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale and Monica De Feria
Cooper of Richard E. Zaldivar, P.A., Miami, for Appellant.

William A. Heller of William A. Heller, P.A., for Appellee.

PER CURIAM.

      The court having received the September 6, 2016, order of the Supreme Court

of Florida quashing this court's opinion of April 17, 2015, and remanding the matter

for reconsideration upon application of <u>Castellanos v. Next Door Co</u>., 192 So. 3d 431 (Fla. 2016), and finding that reversal is warranted in light of that opinion, the order of the Judge of Compensation Claims is REVERSED and this case is REMANDED for proceedings consistent with that opinion.

REVERSED and REMANDED.

ROWE, MAKAR, and JAY, JJ., CONCUR.